F I L E D
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE

★ MAR 3 1 2007 ★

ENTERED

★ _____ ★

Mark Zeichner (MZ-6106)
Bruce S. Goodman (BG-8953)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., <br><br> Plaintiff, <br><br> – against – <br><br> SOUTWEST STAGE FUNDING, LLC d/b/a Cascade Financial Services <br><br> Defendant. | Case No.: 07 CV 858 (ADS) <br><br> **NOTICE OF DISMISSAL <br> WITHOUT PREJUDICE** |

TAKE NOTICE that plaintiff American Home Mortgage Corp. dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: New York, New York
March 29, 2007

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Mark Zeichner
Mark Zeichner (MZ-6106)
Bruce S. Goodman (BG-8953)
Attorneys for Plaintiff
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

TO: Scott F. Gibson, Esq.
GIBSON, FERRIN & RIGGS, PLC
Attorneys for Defendant
The Entrada Executive Plaza
1423 South Higley Road, Suite 110
Mesa, Arizona 85206

*Case Closed.
So Ordered.*

500614.01/10331-017/MZ

*Arthur D. Spatt, USDJ*
3/31/07